IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DRUSELLA JOHNSON and JERRY JOHNSON**　　　　　　　　　　**PLAINTIFFS**

**VS.**　　　　　　　　　　**4:18-CV-00435-BRW**

**PULASKI COUNTY CIRCUIT COURT,** *et al.*　　　　　　　　　　**DEFENDANTS**

## ORDER

Pending is Plaintiffs' Motion to Proceed *In Forma Pauperis* (Doc. No. 1). Plaintiffs appear to be complaining about a non-judicial foreclosure case that they settled in state court.

A district court has the authority to dismiss a case *sua sponte* for failure to state a claim.[1] Because Plaintiffs' complaint states no federal cause of action against Defendants for which relief may be granted, this case is DISMISSED. Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 1) is DENIED.

IT IS SO ORDERED this 3rd day of July, 2018.

　　　　　　　　　　　　　　　　　　　　/s/ Billy Roy Wilson
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] See *Smith v. Boyd*, 945 F.2d 1041 (8th Cir. 1991).